

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Progressive Resources, Inc., Sandoval Capital, Inc. and El Paso Sandy Transportation, LLC, | § | No. 08-17-00121-CV |
| | § | Appeal from the |
| Appellants, | § | 448th District Court |
| v. | § | of El Paso County, Texas |
| Luis Carlos Sandoval, | § | (TC# 2017DCV0741) |
| Appellee. | § | |

# O R D E R

The Court has this day considered the Appellants' Motion for Emergency Stay of *Sua Sponte* Mandatory Temporary Injunction and Trial Court Proceedings, and concludes the motion should be GRANTED in part and DENIED in part. It is, therefore, ORDERED that the Order Relating to Temporary Injunction entered by the 448th District Court on May 9, 2017 in cause number 2017DCV0741, styled *Luis Carlos Sandoval v. Progressive Resources, Inc., Sandoval Capital, Inc., and El Paso Sandy Transportation, LLC*, is stayed pending disposition of this appeal or further order of this Court. The Court notes that Appellee has filed a motion to compel compliance with the temporary injunction and for sanctions in the trial court. The trial court is further directed to stay any proceedings related to enforcement of the May 9, 2017 temporary injunction order and for sanctions related to that order. Appellants' request to stay all other proceedings in the trial court is DENIED. Consequently, the parties may continue with discovery and the case may proceed to trial.

IT IS SO ORDERED this 24th day of May, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.